UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS R. GARREN,

        Plaintiff,                               No. 11-CV-14650-DT

vs.                                                Hon. Gerald E. Rosen

PRISON HEALTH SERVICES, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING PLAINTIFF'S EMERGENCY
MOTION TO TRANSFER OR FOR TREATMENT

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on        January 24, 2012

        PRESENT:  Honorable Gerald E. Rosen
                               Chief Judge, United States District Court

        This Section 1983 prisoner civil rights matter having come before the Court on the January 4, 2012 Report and Recommendation of United States Magistrate Judge Laurie J. Michelson recommending that the Court deny Plaintiff's "Emergency Consideration Motion to Transfer Plaintiff or Order Treatment and Examination at Hospital;" and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's entire file of this action, and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's motion to transfer or for treatment should be denied; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Corrected Report and Recommendation of January 4, 2012 [**Dkt. # 18**] be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Emergency Consideration Motion to Transfer Plaintiff or Order Treatment and Examination at Hospital**[Dkt. # 17]** is DENIED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: January 24, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 24, 2012, by electronic mail and upon Douglas R. Garren, #169428, Cooper Street Correctional Facility, 3100 Cooper Street, Jackson, MI 49201 by ordinary mail.

s/Ruth A. Gunther
Case Manager