UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS R. GARREN,

    Plaintiff,       No. 11-cv-14650

vs.              Hon. Gerald E. Rosen

PRISON HEALTH SERVICES, et al.,

    Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT
<u>AS TO DEFENDANT DOREHE SMITH, ONLY</u>

    At a session of said Court, held in
    the U.S. Courthouse, Detroit, Michigan
    on   <u>February 29, 2012</u>

    PRESENT: Honorable Gerald E. Rosen
          United States District Chief Judge

  This matter having come before the Court on the January 24, 2012 Report and Recommendation of United States Magistrate Judge Laurie J. Michelson recommending that the Court grant defendant Dorehe Smith's Motion to Dismiss; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Defendant Smith's Motion to Dismiss should be granted; and the Court being otherwise fully advised in the premises,

  NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report

and Recommendation of January 24, 2012 **[Dkt. # 28]**, be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant Smith's Motion to Dismiss **[Dkt. # 16]** is GRANTED. Accordingly,

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant Dorehe Smith are hereby DISMISSED, with prejudice.

                s/Gerald E. Rosen
                Chief Judge, United States District Court

Dated: February 29, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 29, 2012, by electronic mail and upon Douglas Ralph Garren, #169428, Cooper Street Correctional Facility, 3100 Cooper Street, Jackson, MI 49201 by ordinary mail.

                s/Ruth A. Gunther
                Case Manager