UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS GARREN,

        Plaintiff,                No. 11-CV-14650-DT

vs.                                    Hon. Gerald E. Rosen

PRISONER HEALTH SERVICES, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on September 25, 2012

PRESENT:   Honorable Gerald E. Rosen
                        Chief Judge, United States District Court

This Section 1983 prisoner civil rights matter having come before the Court on the August 6, 2012 Report and Recommendation of United States Magistrate Judge Laurie J. Michelson recommending that the Court grant Defendants' motions for summary judgment, deny Plaintiff's various motions for injunctive, compensatory and punitive relief and further discovery, and that Plaintiff's Complaint be dismissed in its entirety, with prejudice; and Plaintiff having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's Objections, and the Court's entire file of this action, and having concluded that, for the reasons stated in the Report and Recommendation, Defendants'

motion should be granted, Plaintiff's motions should be denied, and this case should, accordingly be dismissed in its entirety; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Corrected Report and Recommendation of August 6, 2012 [**Dkt. # 80**] be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motions for Summary Judgment [**Dkt. Nos. 48, 52, 61, 64**] be, and hereby are, GRANTED.

IT IS FURTHER ORDERED that Plaintiff's various motions **[Dkt. Nos. 65, 72, 73, 76, 77, 78]** are DENIED.

Accordingly,

IT IS FURTHER ORDERED that Plaintiff's Complaint be, and hereby is, DISMISSED in its entirety with prejudice.

s/Gerald E. Rosen  
Chief Judge, United States District Court

Dated: September 25, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 25, 2012, by electronic and/or ordinary mail.

s/Shawntel Jackson for Ruth A. Gunther  
Case Manager